≈AO 245D    (Rev. 3/01) Judgment in a Criminal Case for Revocations
            Sheet 1

FILED

2009 DEC 15  PM 4: 27

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____

# UNITED STATES DISTRICT COURT

SOUTHERN                    District of                    CALIFORNIA

UNITED STATES OF AMERICA              **JUDGMENT IN A CRIMINAL CASE**
**V.**                                (For **Revocation** of Probation or Supervised Release)
BLANCA AURORA VASQUEZ                 (For Offenses Committed On or After November 1, 1987)

                                      Case Number: 09CR7043-IEG

                                      SYLVIA BAIZ
                                      _____
                                      Defendant's Attorney

REGISTRATION No. 13643081

THE DEFENDANT:

[x] admitted guilt to violation of allegation(s) No.    1 _____

[ ] was found in violation of allegation(s) No. _____ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following allegation(s):

| Allegation Number | Nature of Violation |
|---|---|
| 1 | Illegal entry into United States. |

Supervised Release    is revoked and the defendant is sentenced as provided in pages 2 through    2    of this judgment.
This sentence is imposed pursuant to the Sentencing Reform Act of 1984.

        IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any
change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are
fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the
defendant's economic circumstances.

                            December 14, 2009
                            _____
                            Date of Imposition of Sentence


                            _____
                            HON. IRMA E. GONZALEZ
                            UNITED STATES DISTRICT JUDGE


09CR7043-IEG

AO 245B     (Rev. 9/00) Judgment in Criminal Case
            Sheet 2 — Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT: BLANCA AURORA VASQUEZ
CASE NUMBER: 09CR7043-IEG

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of

Time Served.

☐ The court makes the following recommendations to the Bureau of Prisons:

———

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m.   on _____ .

    as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before _____

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL